# UNITED STATES DISTRICT COURT
## FOR THE District of Columbia
### U.S. Clerk's Office

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                               Case No.: 1:21−cr−00028−APM

                                                                Judge Amit P. Mehta

SANDRA RUTH PARKER, et al.

                       Defendant.

TYPE OF CASE:         Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

     NOTICE OF HEARING as to SANDRA RUTH PARKER (4) and BENNIE ALVIN PARKER (5): Arraignment and Initial Appearance set for 3/4/2021 at 2:30 PM via video conference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747.(zjd)

**PLACE**
U.S. Clerk's Office
333 Constitution Avenue, NW
Suite 1225

Washington, DC
20001

March 1, 2021

                                                                  s/ Angela Caesar, Clerk
                                                                  s/ zjd, Deputy Clerk