UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 21-CR-28-5 (APM) |
| | : | |
| BENNIE PARKER | : | |

**BENNIE PARKER'S CONSENT MOTION TO
EXTEND TIME TO FILE PRETRIAL MOTIONS**

Bennie Parker, through undersigned counsel, Stephen F. Brennwald, in support of his Consent Motion to Extend Time to File Pretrial Motions, states as follows:

Defendant Bennie Parker is before this Court charged with a variety of offenses related to his alleged participation in events at the United States Capitol on January 6, 2021.

While the government has provided a great deal of discovery to date, it has indicated that it intends to disclose much more information in the near future.

It is obviously impossible for Mr. Parker to fully determine which pretrial motions he should file before he has had the opportunity to review all of the evidence, whether direct or indirect, against him.

While Mr. Parker does not know when the government will complete its disclosure of evidence, he submits that it is reasonable, at this point, to extend the current motions deadline of July 1, 2021, by at least 60 days. That deadline may need to be extended, as the government may yet file one or more superseding indictments, but at this point, Mr. Parker asks that the deadline to submit pretrial motions be extended to September 1, 2021.

The United States consents to this motion.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, Mr. Parker asks this Court to extend the time by which he must submit any pretrial

motions to September 1, 2021, and/or for any other relief this Court deems just and proper.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald
D.C. Bar No. 398319
922 Pennsylavania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 1st day of July, 2021, to all parties of record.

*Stephen F. Brennwald*

_____
Stephen F. Brennwald

2