UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 21-CR-28-5 (APM) |
| : | |
| BENNIE PARKER : | |

## BENNIE PARKER'S UNOPPOSED MOTION TO JOIN AND ADOPT CERTAIN MOTIONS

Bennie Parker, through undersigned counsel, Stephen F. Brennwald, in support of his Unopposed Motion to Join and Adopt Certain Motions, states as follows:

Defendant Bennie Parker is before this Court charged with a variety of offenses related to his alleged participation in events at the United States Capitol on January 6, 2021.

While he has asked this Court to extend the time by which he must file pretrial motions, he is ready, at this time, to move to join and adopt certain motions filed by several co-defendants.

Mr. Parker moves to join and adopt the following motions:

1) Motion to Dismiss (Document 278) filed by defendant Harrelson.

2) Motion to Dismiss (Document 240) filed by defendant Thomas E. Caldwell.

3) Motion to Transfer Venue (Document 273) filed by Defendant Thomas E. Caldwell.[1]

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, Mr. Parker asks this Court to allow him to join and adopt the foregoing motions filed by two of his co-defendants, and/or for any other relief this Court deems just and proper.

---

[1] While defendant moves to join and adopt the motion to transfer venue filed by co-defendant Caldwell, he does not explicitly adopt certain "political comments" or "partisan surplusage" included in that motion, especially statements found in pages 13 through 18.

Respectfully submitted,

*Stephen F. Brennwald*

_____

Stephen F. Brennwald
D.C. Bar No. 398319
922 Pennsylavania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 1st day of July, 2021, to all parties of record.

*Stephen F. Brennwald*

_____

Stephen F. Brennwald

2