UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : Case No. 21-CR-28 (APM) |
| | : |
| BENNIE PARKER | : |

**BENNIE PARKER'S NOTICE OF JOINDER OF MOTION TO CHANGE VENUE FILED BY THOMAS CALDWELL AND CONNIE MEGGS (ECF DOC. 654)**

Defendant, Bennie Parker, hereby provides the Court and all parties Notice that he joins the Motion to Change Venue (ECF Doc. 654) filed on April 15, 2022, by co-defendants Thomas Caldwell and Connie Meggs, as well as any reply thereto.

Respectfully submitted,

/s/

_____
Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson
922 Pennsylvania Avenue, SE
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 10th day of May, 2022, to all parties of record.

/s/
_____
Stephen F. Brennwald