UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : Case No. 21-CR-28 (APM) |
| | : |
| BENNIE PARKER | : |

**BENNIE PARKER'S NOTICE OF JOINDER OF MOTIONS
IN LIMINE (ECF DOC. 780, 781, AND 782)**

Defendant, Bennie Parker, hereby provides the Court and all parties Notice that he joins, insofar as applicable, the following motions filed by his co-defendants: ECF Doc. 780, 781, and 782 filed on December 16, 2022, as well as any replies to the government's opposition(s) to those motions.

Respectfully submitted,

_____/s/_____

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson
922 Pennsylvania Avenue, SE
Washington, D.C.  20003
(301) 928-7727
sfbrennwald@cs.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY  that a copy of the foregoing was sent, by ECF, this 16th day of December, 2022, to all parties of record.

/s/
_____
Stephen F. Brennwald