**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 21-CR-28-5 (APM) |
| | : | |
| BENNIE PARKER | : | |

## BENNIE PARKER'S NOTICE OF JOINDER

Bennie Parker, through undersigned counsel, Stephen F. Brennwald, hereby provides notice that he joins the following motions filed by his co-defendants (in addition to his notice of joinder filed on December 16, 2022):

ECF Doc. 786, 788, 790, 791, and 792.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald
D.C. Bar No. 398319
922 Pennsylavania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 17th day of December, 2022, to all parties of record.

*Stephen F. Brennwald*

_____
Stephen F. Brennwald