IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :     CRIMINAL NO. 21-cr-28 (APM)
                             :
v.                           :
                             :
(1) SANDRA PARKER,           :
(2) BENNIE PARKER,           :
(3) LAURA STEELE,            :
(4) CONNIE MEGGS,            :
(5) WILLIAM ISAACS, and      :
(6) MICHAEL GREENE,          :
                             :
         Defendants.         :
                             :

## VERDICT FORM

**Count One: Conspiracy to Obstruct an Official Proceeding**

A. Verdict as to each defendant:

**(1) *Sandra Parker***

Guilty **X**   Not Guilty _____

**(2) *Bennie Parker***

Guilty **X**   Not Guilty _____

**(3) *Laura Steele***

Guilty **X**   Not Guilty _____

**(4) *Connie Meggs***

Guilty **X**   Not Guilty _____

**(5) *William Isaacs***

Guilty **X**   Not Guilty _____

**(6) *Michael Greene***

Guilty _____   Not Guilty **X**

1

**Count Two: Obstruction of an Official Proceeding**

    **(1) *Sandra Parker***

    Guilty __X__ Not Guilty _____

    **(2) *Bennie Parker***

    Guilty _____ Not Guilty __X__

    **(3) *Laura Steele***

    Guilty __X__ Not Guilty _____

    **(4) *Connie Meggs***

    Guilty __X__ Not Guilty _____

    **(5) *William Isaacs***

    Guilty __X__ Not Guilty _____

    **(6) *Michael Greene***

    Guilty _____ Not Guilty _____

**Count Three: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

 A. Verdict as to each defendant:

  (1) *Sandra Parker*

  Guilty __X__ Not Guilty _____

   i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

    __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

    __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

  (2) *Bennie Parker*

  Guilty _____ Not Guilty __X__

   i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

    _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

    _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

3

### (3) *Laura Steele*

Guilty __X__   Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

### (4) *Connie Meggs*

Guilty __X__   Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

    i.    **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(6) *Michael Greene***

Guilty _____ Not Guilty __X__

    i.    **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Four: Destruction of Government Property**

    **(1) *Sandra Parker***

Guilty __X__ Not Guilty _____

    **(3) *Laura Steele***

Guilty __X__ Not Guilty _____

    **(4) *Connie Meggs***

Guilty __X__ Not Guilty _____

    **(5) *William Isaacs***

Guilty __X__ Not Guilty _____

**Count Five: Entering or Remaining Restricted Building or Grounds**

    **(1) *Sandra Parker***

    Guilty __X__ Not Guilty _____

    **(2) *Bennie Parker***

    Guilty __X__ Not Guilty _____

    **(3) *Laura Steele***

    Guilty __X__ Not Guilty _____

    **(4) *Connie Meggs***

    Guilty __X__ Not Guilty _____

    **(5) *William Isaacs***

    Guilty __X__ Not Guilty _____

    **(6) *Michael Greene***

    Guilty __X__ Not Guilty _____

**Count Six: Obstructing Officers During a Civil Disorder**

    **(5) *William Isaacs***

    Guilty __X__ Not Guilty _____

**Count Seven: Obstructing Officers During a Civil Disorder**

    **(1)** *Sandra Parker*

    Guilty __X__ Not Guilty _____

    **(3)** *Laura Steele*

    Guilty __X__ Not Guilty _____

    **(5)** *William Isaacs*

    Guilty __X__ Not Guilty _____

**Count Eight: Tampering with Documents or Proceedings**

    **(3)** *Laura Steele*

    Guilty __X__ Not Guilty _____

**Count Nine: Tampering with Documents or Proceedings**

    **(6) *Michael Greene***

        Guilty _____   Not Guilty __X__

Date: March 20, 2023