# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Criminal No. 21-cr-28 (APM) |
| **SANDRA RUTH PARKER,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## OMNIBUS ORDER FOR POST-TRIAL FILINGS
## AND SENTENCING PROCEEDINGS

The schedule set forth below shall govern post-trial filings and proceedings for Defendants Sandra Ruth Parker, Bennie Alvin Parker, Laura Steele, Connie Meggs, William Isaacs, and Michael L. Greene:

1. A Combined Rule 29 and Rule 33 Motion for Defendants shall be due on or before **May 8, 2023**.[1] Defendants need not repeat in full any post-trial arguments made in *United States v. Rhodes*, 22-cr-15 (APM), but should incorporate such arguments by reference. The Government's response shall be due on or before **May 31, 2023**. The Government's response likewise should incorporate by reference any relevant arguments previously made in *Rhodes*. Defendants' combined reply shall be due on or before **June 14, 2023**.

2. The Final Presentence Investigation Report for Defendant Michael L. Greene shall be due on or before **June 27, 2023**.

3. Sentencing memoranda as to Defendant Michael L. Greene shall be due on or before **July 10, 2023**. The Government's memorandum shall include any amounts

---

[1] Mr. Parker's counsel has indicated that he has a substantial filing in another matter on May 18, 2023. The court has purposely set this deadline ten days earlier to avoid or lessen that conflict.

requested as restitution.  Any reply memorandum of no more than 10 pages shall be filed by **July 17, 2023**.

4. Sentencing as to Defendant Michael L. Greene shall take place on **July 21, 2023**, at 3:30 p.m. in Courtroom 10.

5. The Final Presentence Investigation Reports for Defendants Sandra R. Parker, Bennie A. Parker, Laura Steele, Connie Meggs, and William Isaacs shall be due on or before **July 28, 2023**.

6. A combined sentencing memorandum for the Government and individual sentencing memoranda for Defendants Sandra R. Parker, Bennie A. Parker, Laura Steele, Connie Meggs, and William Isaacs shall be due on or before **August 11, 2023**.  The Government's memorandum shall include any amounts requested as restitution.  Any reply memorandum of no more than 25 pages for the Government and 10 pages for each Defendant shall be filed by **August 21, 2023**.

**All counsel must endeavor to meet the Probation Office's deadlines associated with preparing the Presentence Investigation Reports.**

7. Defendants shall notify the court by **August 21, 2023**, whether they intend to present witness testimony at sentencing.  Such notice shall include the name of the witness and expected length of testimony.  Any non-testimonial evidence not otherwise submitted with a sentencing memorandum shall be disclosed by this date.

8. A hearing to resolve sentencing issues common to one or more Defendants will occur on **August 29, 2023**, at 2:00 p.m. in Courtroom 10.

9. Sentencing as to Defendant Connie Meggs shall take place on **August 30, 2023**, at 1:30 p.m. in Courtroom 10.

10. Sentencing as to Defendant William Isaacs shall take place on **August 31, 2023**, at 9:30 a.m. in Courtroom 10.

11. Sentencing as to Defendant Laura Steele shall take place on **August 31, 2023**, at 1:30 p.m. in Courtroom 10.

12. Sentencing as to Defendant Sandra R. Parker shall take place on **September 1, 2023**, at 9:30 a.m. in Courtroom 10.

13. Sentencing as to Defendant Bennie A. Parker shall take place on **September 1, 2023**, at 1:30 p.m. in Courtroom 10.

Date:  April 7, 2023

_____
Amit P. Mehta
United States District Court Judge