8/10/2023

Paula Y. Villarejo, MD
10495 Montgomery Rd #15
Cincinnati OH 45242-4420

Dear Paula Villarejo, MD,

Today I had the pleasure of seeing your patient, Bennie A Parker Jr., 73 year old. See below for my office note for his visit.

If you have any questions or concerns about this patient please feel free to contact our office at 513-246-7016.

Sincerely,

Sri L. Koneru, MD
Rheumatology

Here for evaluation of joint pain, swelling at the ankles, abnormal results on blood work and urine testing.
Followed for psoriatic arthritis.  Comorbidities of severe lumbar spondylosis and stenosis, uncontrolled diabetes.
last seen about 12 weeks ago when Stelara was recommended for psoriatic arthritis management.

Review of Chart/Care everywhere/Records:
He was prescribed prednisone taper in June and again in July in response to messages about joint pain, swelling.
Received 2 doses of Stelara [June 15th and July 13th] and scheduled for the third injection on October 5th.
He received a lumbar epidural steroid injection in June
Has an appointment next week with provider in PMR department.

History-
Wife here with him.  He is using a motorized scooter.

Reports difficulty with daily activities due to pain at the left wrist, in the lower back, weakness in his legs, pain and swelling at the ankles.  Needing a lot of assistance from wife including for dressing.
He is not able to use his left hand due to pain at the wrist and along the index finger.

He has walker and cane to get around the house, mostly uses cane but is not on his feet much due to the pain and also feeling unstable.

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████

He has been adjusting his insulin to manage blood sugar elevation.  Wife has been administering the insulin as he is not able to grip

Review of systems– positive for shortness of breath after walking from his bedroom to

restroom, going up stairs which he notes to be quite a chore.
Positive for intermittent cough.  He has been smoking intermittently up to half pack a day.
Attributes it to stress from legal issues.
No chest pain.  No difficulty swallowing or abdominal pain.
No fevers.  No weight loss.

Physical Exam: overweight male, No distress.
Vitals:
08/10/23 1544
BP:              (P) 118/62

Skin- dry and scaly skin on the entire circumference of distal part of his right leg.  No significant
psoriatic involvement noticed elsewhere.
Lungs- clear, breathing comfortably
Heart-regular rhythm
Abdomen- soft, no guarding
Extremities-2+ edema feet ankles and distal part of the legs, more noticeable around the ankles
Musculoskeletal-restricted movement of the left wrist, pain with range of motion attempt, mild
swelling on the volar aspect of the wrist.  Pain with range of motion of the wrist.  Proximal part
of the left index finger is swollen and flexion at the PIP joint is restricted.
No synovitis on exam of joints in extremities.  Able to elevate arms without much difficulty.  He
is weak in both legs and not able to hold against resistance.

Laboratory data:



(300-500
mg/dL) (A)



▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ After informed consent(Risk of infection, hemorrhage, hypopigmentation, subcutaneous fat atrophy discussed) and under sterile conditions, left wrist joint injected with 40mg of kenalog and 0.5 cc of 1%xylocaine. he tolerated procedure well. Advised to ice site of injection frequently today and to limit use of the hand for the rest of the day. Should notice improvement in a week.

- lidocaine (XYLOCAINE) 1 % injection 0.5 mL
- triamcinolone acetonide (KENALOG-40) injection 40 mg
- DRAIN/INJECT MEDUIM JOINT/BURSA

**Polyarticular psoriatic arthritis (HCC)(MTX, Remicade 2007-3/2022, Simponi Aria 5/2022-2/2023(d/c due to drug rash(biopsy 4/2023))**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮
▮ ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮ ▮ ▮▮▮▮▮▮▮▮▮▮

**Leg edema**
Renal and cardiac etiology.  Explained that it is not from psoriatic arthritis and that he needs to get evaluated for kidney and heart problems.
Recommended compression socks.
- AMB REFERRAL TO CARDIOLOGY; Future

**Insulin dependent type 2 diabetes mellitus (HCC)**
- AMB REFERRAL TO NEPHROLOGY; Future
- AMB REFERRAL TO CARDIOLOGY; Future

**Lumbar spinal stenosis with neurogenic claudication**
Severe central canal stenosis at L3-L4 with near complete effacement of thecal sac and moderate to severe stenosis at L4-L5.
Basis for his inability to weight-bear and ambulate.  Has not seen much benefit from lumbar epidural in June.
Has follow-up with PMR provider next week.

Explained all the above to the patient and his wife and the need to see other physicians for evaluation of some of his symptoms.

He should feel relief in the left wrist pain in 3 to 4 days from the steroid injection today. Asked him to cut back on Naprosyn use.

Recommended a follow-up in 2 months.

Sri Koneru, MD

Please note that some or all of this record was generated using voice recognition software. If there are any questions about the content of this document, please contact the author as some errors in transcription may have occurred.

I have spent a total of 50 minutes on this visit and includes
Time spent on:
Reviewing the patient's medical record prior to the visit
Obtaining history and performing a physical exam
Reviewing diagnoses, laboratory results, orders and treatment plan
Completing documentation

Sri L. Koneru, MD